IN THE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
EVANSVILLE DIVISION

KIRK MOORE and
JENNIFER MOORE,
    Plaintiffs,

vs.     CASE NO. 3:19-cv-64-RLY-MPB

UNITED PARCEL SERVICE, INC.,
    Defendant.

## COMPLAINT

Come now the Plaintiffs, Kirk Moore and Jennifer Moore, by counsel, Phillips Law, P.C., and for their cause of action against the Defendant allege and state as follows:

### Jurisdiction

This Court has jurisdiction in accordance with 42 U.S.C. 2000e governing claims for discrimination, retaliation and hostile work environment.

### General Allegations

1. The Plaintiffs, Kirk Moore and Jennifer Moore, are residents of Warrick County, Indiana.

2. The Plaintiff, Kirk Moore, is an employee of the Defendant, United Parcel Service, Inc., at the Evansville, Indiana, location of 21 Negley, Evansville, Indiana. The corporate headquarters of the Defendant are located at 55 Glenlake Parkway N.E., Atlanta, Georgia.

3. In March and April, 2017, the Plaintiff, Kirk Moore, began to experience problems with two co-workers at his place of employment.

4. On April 26, 2017, Plaintiff, Kirk Moore, received a text message from someone whom he did not know. That individual sent him screen shots of a profile on Gaycupid.com with his picture and telephone number. Plaintiff, Kirk Moore, reported the incident to the Newburgh Police Department.

5. Plaintiff's co-worker, Scott Daugherty, was thereafter identified as the person who had stolen plaintiff's identity and posted his picture and telephone number on Gaycupid.com.

6. On November 30, 2017, charges were filed against Scott Daugherty in the Warrick Circuit Court located in Boonville, Indiana, under Cause No. 87C01-1711-F6-000582, with the offense of identity deception.

7. Plaintiff reported the incident involving his co-worker, Scott Daugherty, to his employer, United Parcel Service, Inc., but no action was taken.

8. Following the actions taken by Plaintiff, Kirk Moore, Scott Daugherty and others at United Parcel Service, Inc. continued to harass him at his place of employment. Scott Daugherty made false work-related accusations against the Plaintiff, Kirk Moore, but his superiors did not investigate and took no remedial action on behalf of the Plaintiff.

9. From and after his report to the Newburgh Police Department and his superiors at United Parcel Service, Inc., Plaintiff, Kirk Moore, began to be singled out at his place of employment, lectured publically, humiliated and embarrassed. The treatment received by Plaintiff, Kirk Moore, changed drastically even though he had been employed by the company for twenty-five (25) years prior to these incidents. Plaintiff, Kirk Moore, believes that he is viewed as a homosexual and an adulterer due to the posts of Scott Daugherty and the ongoing conflict.

10. When the Plaintiffs, Kirk and Jennifer Moore, initiated a civil suit against Scott Daugherty, third-party discovery requests were served upon United Parcel Service, Inc., and those requests were ignored. No discovery was ever provided by United Parcel Service, Inc.

11. Plaintiff, Kirk Moore, engaged in a protected activity when he received no redress from his employer, United Parcel Service, Inc., for the actions of Scott Daugherty and other co-workers including, but not limited to sexual harassment and work place bullying, by making formal complaints to his employer, reporting the actions of Scott Daugherty to law enforcement, and filing a civil action against him.

12. Plaintiff, Kirk Moore, has suffered severe emotional distress, anxiety and depression as a result of the actions or inactions of his employer, United Parcel Service, Inc., and his work environment has become hostile. In addition, Plaintiff, Kirk Moore, is in constant fear of losing his job because of his decision to take action against Scott Daugherty.

13. Plaintiff, Jennifer Moore, has suffered severe emotional distress, anxiety and depression as a result of the treatment of her husband, Kirk Moore, and his difficulty coping with his work environment.

14. Plaintiff, Kirk Moore, experienced a routine work environment over his twenty-five (25) years with his employer, United Parcel Service, Inc., until the episodes referred to hereinabove in that the Defendant has failed to protect the Plaintiff in accordance with the UPS Code of Conduct and the UPS Policy Book.

15. The reputation of the Plaintiff and his wife, Jennifer Moore, in the community has been damaged as a result of the acts referred to hereinabove.

16. The distress, anxiety, depression and embarrassment complained of did not occur until after the actions of Scott Daugherty and the failure of United Parcel Service, Inc., to take any remedial actions against him, but instead began treating the Plaintiff, Kirk Moore, in a manner different from the way he was treated prior to the incident.

### Count I

17. Plaintiffs incorporate herein by reference rhetorical paragraphs 1 through 16 as if the same had been herein again restated.

18. The retaliation and discriminatory acts as well as the creation and maintenance of a hostile work environment is causally connected to the actions of the Plaintiff, Kirk Moore, to protect himself against the efforts of employees at United Parcel Service, Inc. to create a false impression as to his sexual orientation and an adulterer.

19. As stated above, Plaintiff, Kirk Moore, has been damaged personally and professionally as a result of the acts or failure to act of his employer, United Parcel Service, Inc., and his reputation in the community has been damaged.

WHEREFORE, the Plaintiff, Kirk Moore, prays for damages of and from the Defendant in the amount of Three Hundred Thousand Dollars ($300,000.00), and for all other relief appropriate in the premises.

### Count II

20. Plaintiffs incorporate herein by reference rhetorical paragraphs 1 through 19 as if the same had been herein again restated.

21. As a result of the anxiety, embarrassment, and fear suffered by her husband, Kirk Moore, the Plaintiff, Jennifer Moore, has been damaged in that their marital relationship has

undergone a great stress and strain, and their reputation in the community has undergone damage.

22. The damages suffered by the Plaintiff, Jennifer Moore, are directly related to the acts of retaliation and discriminatory acts as well as the creation and maintenance of a hostile work environment for her husband is causally connected to the actions of the Plaintiff, Kirk Moore, to protect himself against the efforts of employees at United Parcel Service, Inc. to create a false impression as to his sexual orientation.

WHEREFORE, the Plaintiff, Jennifer Moore, prays for damages of and from the Defendant in the amount of Three Hundred Thousand Dollars ($300,000.00), and for all other relief appropriate in the premises.

PLAINTIFFS PRAY FOR TRIAL BY JURY.

Respectfully submitted,

_/s/ Kirk Moore_____
Kirk Moore

_/s/ Jennifer Moore_____
Jennifer Moore

PHILLIPS LAW, P.C.

_____
Mark K. Phillips, Atty. No. 16941-49
Brennan M. Phillips, Atty. No. 34152-87
M. Robert Phillips, Atty. No. 34151-87

PHILLIPS LAW, P.C.
301 W. Main Street
Post Office Box 427
Boonville, IN 47601
Telephone No. (812) 897-4400
Fax No. (812) 897-4451
E-Mail: